# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRIAN J. JACKSON & MELISSA A. JACKSON   Case Number: 06-72436
223 MEADOWS DRIVE   SSN-xxx-xx-3558 & xxx-xx-6145
ORANGEVILLE, IL  61060

Case filed on: 12/20/2006
Plan Confirmed on: 3/5/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $40,264.84       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | ABN AMRO | 0.00 | 0.00 | 17,347.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 17,347.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 2,400.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,400.00 | 0.00 |
| 999 | BRIAN J. JACKSON | 0.00 | 0.00 | 352.34 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 352.34 | 0.00 |
| 002 | ABN AMRO | 942.12 | 942.12 | 942.12 | 0.00 |
| 004 | CITIZENS BANK | 10,387.40 | 10,150.00 | 10,150.00 | 1,082.26 |
|  | Total Secured | 11,329.52 | 11,092.12 | 11,092.12 | 1,082.26 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 4,109.38 | 4,109.38 | 4,109.38 | 0.00 |
| 004 | CITIZENS BANK | 0.00 | 237.40 | 237.40 | 0.00 |
| 005 | BILL ME LATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CLC CONSUMER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | WELLS FARGO FINANCIAL | 945.17 | 945.17 | 945.17 | 0.00 |
|  | Total Unsecured | 5,054.55 | 5,291.95 | 5,291.95 | 0.00 |
|  | Grand Total: | 19,384.07 | 19,384.07 | 36,483.41 | 1,082.26 |

Total Paid Claimant:     $37,565.67
Trustee Allowance:       $2,699.17
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　  /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008         By   /s/Heather M. Fagan